NUMBER 13-06-00241-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE: CALVIN RAY HYDER

____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion (1) Per Curiam 



 Relator, Calvin Ray Hyder, filed a petition for writ of mandamus in the above cause
on May 3, 2006. The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relator has not shown himself entitled to the relief sought. 
 Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8. 

 PER CURIAM


Do not publish. Tex.R.App.P. 47.2(b)

Memorandum Opinion delivered and filed

this 19th day of September, 2006.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).